UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| ORLANDO CRUZ, ) | Case No. 6:16-bk-07815-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| JESSICA DOIRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary No. 6:17-ap-00043-KSJ |
| vs. ) | |
| ) | |
| ORLANDO CRUZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

Orlando Cruz, Defendant in the above-captioned adversary proceeding, by and through undersigned counsel, appeals under 28 U.S.C. § 158(a) to the United States District Court for the Middle District of Florida the following:

1. The Order Denying Motion for Rehearing entered on November 23, 2020 (Doc. 139) (Attached as Exhibit "A").

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

**CERTIFICATE OF SERVICE**

I CERTIFY that on December 18, 2020, a true and correct copy of the above Notice of

1

Appeal has been furnished electronically via the Court's CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

Dated: December 18, 2020

/s/ *Michael M. Brownlee*
Michael M. Brownlee, B.C.S.
Florida Bar No. 68332
390 North Orange Avenue, Suite 2200
Orlando, Florida 32801
Telephone: (407) 403-5886
Attorney for Orlando Cruz